UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | No. C-14-1017 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| PRESIDENT BARACK OBAMA; *et al.*, | |
| Defendants. | |

This *pro se* civil action was filed on March 5, 2014, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. *See* Docket # 3. Plaintiff was advised that failure to pay the fee or file the application materials within 28 days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has long passed. This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. Plaintiff is now informed that, if he wishes to complain about prison conditions at the California State Prison in Lancaster, the proper venue for such a complaint is the U.S. District Court for the *Central* District of California. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 4, 2014

_____
EDWARD M. CHEN
United States District Judge